FILED

2015 SEP -3 PM 3:51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE UNSEALED PER ORDER OF COURT  np       DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 15 CR 2310 WQH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| OWEN HANSON (1), RUFUS LEON RHONE (2), aka "Junior", | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning in or about January 2014, and continuing up to and including September 3, 2015, within the Southern District of California, and elsewhere, defendants OWEN HANSON and RUFUS LEON RHONE, aka "Junior", did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//
//

TWR:lml:San Diego:9/2/15

<u>Sentencing Allegation</u>

As to defendant OWEN HANSON, it is further alleged that the above-noted conspiracy involved 5 kilograms and more of a mixture and substance containing a detectible amount of cocaine; in violation of Title 21, Untied States Code, Section 841(b)(1)(A)(ii).

<u>Criminal Forfeiture Allegation</u>

1.  The allegation contained in Count 1 is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the commission of the felony offense alleged in this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants OWEN HANSON and RUFUS LEON RHONE, aka "Junior", shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the Defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: September 3, 2015.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
TODD W. ROBINSON
Assistant U.S. Attorney

3